JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* ST. JOSEPH HOSPITAL ET AL.

The application by the Connecticut Bar Association for leave to file a brief as amicus curiae in the appeal from the Superior Court in Fairfield County at Stamford is granted provided the brief is filed on or before November 29, 1974, and is prepared in accordance with the requirements of §§ 723 and 724 of the Practice Book, as amended.

*Ira H. Goldman, Marshall S. Feingold* and *Dion W. Moore,* in support of the application.

Submitted October 29—decided November 6, 1974

COVENANT BROADCASTING CORPORATION ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*John A. Oliva,* in support of the petition.

*John H. Anderson,* assistant town attorney, in opposition.

The defendant's motion to dismiss the "appeal" from the Court of Common Pleas in New Haven County is granted.

*John H. Anderson,* assistant town attorney, in support of the motion.

Submitted October 22—decided November 12, 1974